

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00152-CR

_____

JACORY DEWAYNE BUSSEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 145th District Court
Nacogdoches County, Texas
Trial Court No. F1219308

Before Morriss, C.J., Carter and Moseley, JJ.

O  R  D  E  R

G. Dean Watts, counsel for the appellant, Jacory Dewayne Bussey, has filed a motion to extend time to file the appellant's brief. The brief was due November 18, 2013.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Rule 10.5(b)(2) of the Texas Rules of Appellate Procedure as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the motion and extend the deadline for filing appellant's brief by thirty days, making appellant's brief now due December 18, 2013. Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date:   November 19, 2013